UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUÉ PAGUADA, on behalf of himself and all others similar situated,

                        Plaintiff,

-against-

HOMECLICK LLC,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/23/2020_

20 Civ. 5720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On July 28, 2020, the Court ordered the parties to submit a joint status letter and proposed case management plan by September 21, 2020. ECF No. 5. Those submissions are now overdue. It is ORDERED that by **September 24, 2020**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

Dated: September 23, 2020
       New York, New York

                                                         ANALISA TORRES
                                                 United States District Judge