UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUÉ PAGUADA, on behalf of himself and all others similar situated,

                      Plaintiff,

-against-

HOMECLICK LLC,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/25/2020_

20 Civ. 5720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 28, 2020, the Court ordered the parties to submit a joint status letter and proposed case management plan by September 21, 2020. ECF No. 5. The parties failed to do so. On September 23, 2020, the Court ordered the parties to file their overdue submissions by September 24, 2020. ECF No. 9. Those submissions are again overdue.

    It is ORDERED that by **September 28, 2020**, at **10:00 a.m.**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: September 25, 2020
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge