UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUÉ PAGUADA, on behalf of himself and all others similar situated,

                         Plaintiff,

-against-

HOMECLICK LLC,

                         Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2020
```

20 Civ. 5720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 28, 2020, the Court ordered the parties to submit a joint status letter and proposed case management plan by September 21, 2020. ECF No. 5. The parties failed to do so. On September 23, 2020, the Court ordered the parties to file their overdue submissions by September 24, 2020. ECF No. 9. The parties missed that deadline as well. On September 25, 2020, the Court ordered the parties to file their overdue submissions by September 28, 2020, at 10:00 a.m. ECF No. 10. Once again, the parties have not done so.

    The initial pretrial conference scheduled for September 29, 2020 is ADJOURNED to **October 15, 2020, at 11:40 a.m.** The conference will proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. By **October 8, 2020**, the parties shall submit their joint status letter and proposed case management plan.

    If those submissions are not timely filed, the Court will consider whether to exercise its authority to dismiss this action under Rule 41(b) of the Federal Rules of Civil Procedure as a result of Plaintiff's failure to prosecute.

Dated: September 28, 2020
       New York, New York

                                                       ANALISA TORRES
                                         United States District Judge