```
                                               USDC SDNY
                                               DOCUMENT
                                               ELECTRONICALLY FILED
                                               DOC #:
                                               DATE FILED: 10/13/2020
```

October 13, 2020

**VIA ECF**
Hon. Judge Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  Paguada v. Homeclick LLC
           Case No. 1:20-cv-05720-AT

Dear Judge Torres,

    The undersigned represents Plaintiff Josue Paguada (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for October 21, 2020 at 11:00 a.m. It is now October 13, 2020, and Defendant has yet to appear. Defendants answer was due August 21, 2020. Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

    Accordingly, the undersigned requests that the October 21st Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with an Order to Show Cause for default judgment.

    Thank you for your time and consideration of the above request.

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for October 21, 2020, is ADJOURNED to **November 23, 2020**, at **11:00 a.m.** The conference shall proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. By **November 16, 2020**, the parties shall submit their joint status letter and proposed case management plan.

By **November 16, 2020**, Plaintiff shall file his motion for default judgment, and any motion for dismissal of parties with whom settlement has been reached.

SO ORDERED.

Dated: October 13, 2020
      New York, New York

_____
**ANALISA TORRES**
**United States District Judge**