```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUÉ PAGUADA, on behalf of himself and all others similar situated,

                           Plaintiff,

-against-

HOMECLICK LLC,

                           Defendant.

20 Civ. 5720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 13, 2020, the Court ordered the parties to submit a joint status letter and proposed case management plan by November 16, 2020, or, in the alternative, Plaintiff to file his motion for default judgment by November 16, 2020. ECF No. 15. Those submissions are now overdue. Accordingly, by **November 20, 2020**, at **12:00 p.m.**, either the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall submit a status letter indicating his intent to file a motion for default judgment and a proposed timeline for that filing.

    SO ORDERED.

Dated: November 18, 2020
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge