USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/20/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUÉ PAGUADA, on behalf of himself and all others similar situated,

                    Plaintiff,

-against-

HOMECLICK LLC,

                    Defendant.

20 Civ. 5720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On November 20, 2020, Plaintiff filed supporting documentation for a motion for default judgment. ECF Nos. 20–23. That documentation did not comply with Rule III(M) and Attachment A of the Court's Individual Practices in Civil Cases, which require, among other things: (1) a motion brought on by proposed order to show cause; (2) an affidavit or declaration signed by a party with personal knowledge (i.e. not the attorney in the action except in limited circumstances), which sets forth a statement of proposed damages and the basis for each element of damages; (3) a separate affidavit stating the proposed damages and the basis for each element of damages, including attorneys' fees and costs; and (4) a proposed default judgment, a certificate of default, copies of the pleadings, and the affidavit of service for the summons and complaint, all attached to the second affidavit.

      Accordingly, by **December 20, 2020**, Plaintiff shall submit a renewed motion for default judgment that complies with the Court's Individual Practices in Civil Cases. The conference scheduled for November 23, 2020 is ADJOURNED sine die.

      SO ORDERED.

Dated: November 20, 2020
       New York, New York

ANALISA TORRES
United States District Judge